**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
CORY M. FORD, ESQ.
Nevada Bar No. 15042
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
*Attorneys for Plaintiffs IDA JONES-LEWIS, individually and as heir of WILLIE LEWIS, deceased; The Estate of WILLIE LEWIS, by and through Steve Scow, Special Administrator*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IDA JONES-LEWIS, individually and as heir of WILLIE LEWIS, deceased; The Estate of WILLIE LEWIS, by and through Steve Scow, Special Administrator;<br><br>Plaintiffs,<br><br>vs.<br><br>NAPHCARE, INC., an Alabama Corporation; KYLE MARTINEAU, in his individual capacity; KEVIN SAMA, in his individual capacity; RAY MONTENEGRO, in his individual capacity; STEVE TALIGATOS, in his individual capacity; JAY MICHAEL MARCOS, in his individual capacity; LAURA ROLSTON, in her individual capacity; LYNNETH DE LA ROSA, in her individual capacity,<br><br>Defendants. | CASE NO.: 2:19-cv-01638-JCM-BNW<br><br>**STIPULATION AND**<br>**ORDER TO EXTEND BRIEFING**<br>**DEADLINES TO DEFENDANTS'**<br>**PARTIAL MOTION FOR SUMMARY**<br>**JUDGMENT (ECF NO. 32)** |

WHEREAS Defendants NAPHCARE, INC.; KYLE MARTINEAU; KEVIN SAMA; RAY MONTENEGRO; STEVE TALIGATOS; JAY MICHAEL MARCOS; LAURA ROLSTON; and LYNNETH DE LA ROSA collectively filed a Motion for Partial Summary Judgment on June 24, 2020 (ECF No. 32).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for Plaintiffs to file their Response to Defendants' Motion for Partial Summary Judgment. The current deadline for Plaintiffs to respond is July 15, 2020. The new deadline for Plaintiffs to respond will be October 17, 2020.

This extension is the first request and is not for the purpose of delay but rather because the plaintiffs will need additional time to schedule and take all of the individual defendants' depositions, including FRCP 30(b)(6) witnesses. The additional time would allow receipt of transcripts and adequate time for briefing the response to Defendants' Motion for Partial Summary Judgment. Additionally, other witnesses will most likely need to be deposed in addition to the individual defendants and the parties' experts will also need time to review the deposition transcripts to incorporate any additional information into their respective opinion reports.

**IT IS SO STIPULATED AND AGREED.**

DATED this 14th day of July, 2020.                    DATED this 14th day of July, 2020.

**LAGOMARSINO LAW**                                    **LAURIA TOKUNAGA GATES & LINN, LLP**

  /s/ Andre M. Lagomarsino                               /s/ PAUL CARDINALE
ANDRE M. LAGOMARSINO, ESQ. (#6711)                     PAUL CARDINALE, ESQ.
CORY M. FORD, ESQ. (#15042)                            601 South Seventh Street
3005 W. Horizon Ridge Pkwy., #241                      Las Vegas, Nevada 89101
Henderson, Nevada 89052                                *Attorney for Defendants Naphcare, Inc., Laura*
*Attorneys for Plaintiffs IDA JONES-LEWIS,*            *Ralston, Lynneth Dela Rosa, Jay Marcos, Kyle*
*individually and as heir of WILLIE LEWIS,*            *Martineau, Ray Montenegro, and Steve Taligatos*
*deceased; & The Estate of WILLIE LEWIS*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 15, 2020

LAGOMARSINO LAW
3005 West Horizon Ridge Parkway, #241, Henderson, Nevada 89052
Telephone (702) 383-2864   Facsimile (702) 383-0065